IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHELIA RENEE HOLMES**                                                **PLAINTIFF**

**V.**                                                                   **CAUSE NO. 3:17-CV-75-CWR-FKB**

**JIM WALTER HOMES, INC., ET AL.**                                 **DEFENDANTS**

## FINAL JUDGMENT

Having entered an Order dismissing all of the plaintiff's claims, *see* Docket No. 22, this case is due to be dismissed without prejudice and finally closed on this Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 10th day of March, 2017.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE